IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PATRICIA WARREN, )<br>)<br>Defendant. )<br>) | 8:02CR316<br><br>ORDER |

Before the court is pro se defendant's Motion for Early Termination, Filing No. 120. Following a hearing on this matter and for good cause shown:

IT IS ORDERED that the defendant's Motion for Early Termination , Filing No. 120, is granted.  The defendant's supervised release shall end on May 17, 2007.

DATED this 26th day of February, 2007.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE